# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CAPRONI, VALERIE E. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

40 FOLEY SQUARE, ROOM 240
NEW YORK, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. --APPLE INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 3. --CISCO SYSTEMS INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 4. --CLEAN ENERGY FUELS COMMON STOCK | | None | J | T | | | | | |
| 5. --WALT DISNEY CO. COMMON STOCK | A | Dividend | L | T | | | | | |
| 6. --CIGNA CORP. | A | Distribution | K | T | | | | | |
| 7. --FORD MOTOR CO. (NEW) COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/27/20 | J | | |
| 8. | | | | | Sold (part) | 03/25/20 | J | A | |
| 9. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 10. --GAP INC. COMMON STOCK | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 11. --INTEL CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 12. --KRAFT HEINZ CO. COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/24/20 | J | | |
| 13. | | | | | Sold (part) | 03/25/20 | J | A | |
| 14. | | | | | Sold | 12/10/20 | J | A | |
| 15. --MERCK & CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 16. --MONDELEZ INTERNATIONAL CLASS A COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. --PFIZER COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --RENEWABLE ENERGY GROUP COMON STOCK | | None | K | T | Buy (add'l) | 04/28/20 | J | | |
| 19. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 20. --SYNOVUS FINANCIAL CORP. (NEW) COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. --VIATRIS COMMON STOCK (X) | | None | J | T | | | | | |
| 22. --VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 23. --USAA INCOME FUND | A | Dividend | J | T | Buy (add'l) | 01/06/20 | J | | |
| 24. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 25. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 26. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 27. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 28. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 29. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 30. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 31. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 32. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 33. --SCHWAB VALUE ADVANTAGE MONEY FUND | A | Dividend | J | T | Buy (add'l) | 01/16/20 | J | | |
| 34. | | | | | Sold (part) | 02/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 03/12/20 | J | A | |
| 36. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 37. | | | | | Sold (part) | 04/29/20 | J | A | |
| 38. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 39. | | | | | Sold (part) | 07/17/20 | J | A | |
| 40. | | | | | Buy (add'l) | 08/24/20 | J | | |
| 41. --VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 42. --GABELLI SMALL CAP GROWTH FUND | C | Dividend | K | T | | | | | |
| 43. --LAUDUS INTERNATIONAL MARKETMASTERS FUND | D | Dividend | M | T | | | | | |
| 44. --SCHWAB FUNDAMENTAL US SMALL CO. INDEX | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 45. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 46. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 47. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 48. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 49. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 50. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 51. | | | | | Buy (add'l) | 09/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 55.    --SCHWAB 1000 INDEX FUND | D | Dividend | M | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 07/20/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 60.    --SCHWAB INTERNATIONAL INDEX<br>        FUND | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 07/20/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 74.   --SCHWAB BANK DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 75.   BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 76.   --FIDELITY GOVERNMENT MONEY MARKET FUND | A | Dividend | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 77.   --FIDELITY INTERNATIONAL GROWTH FUND | A | Dividend | K | T | Buy | 01/10/20 | J | | |
| 78.   --FIDELITY EMERGING MARKETS INDEX FUND | A | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 79.   --NORTHROP GRUMMAN COMMON STOCK | E | Dividend | P1 | T | Sold<br>(part) | 01/07/20 | K | E | |
| 80.   BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 81.   --FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 82.   --BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | K | T | | | | | |
| 83.   --FIDELITY 500 INDEX FUND | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 84.   --FIDELITY MIDCAP ENHANCED INDEX FUND | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --FIDELITY CORPORATE BOND FUND | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 87. --VANGUARD EXTENDED MARKET INDEX FUND ETF SHARES | A | Dividend | J | T | | | | | |
| 88. --VANGUARD FTSE ALL-WORLD EX-US INDEX FUND ADMIRAL SHARES | A | Dividend | K | T | | | | | |
| 89. --WISDOM TREE EMERGING MARKETS HIGH DIVIDEND FUND | A | Dividend | K | T | | | | | |
| 90. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND | | | | | Sold | 02/20/20 | K | A | |
| 91. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 92. --FIDELITY PRIME RESERVE MONEY MARKET | A | Int./Div. | | | | | | | |
| 93. --FIDELITY GOVERNMENT MONEY MARKET (X) | A | Int./Div. | M | T | | | | | |
| 94. --AQR MANAGED FUTURES STRATEGY FUND | A | Distribution | J | T | | | | | |
| 95. --FIDELITY INTERNATIONAL GROWTH FUND | A | Dividend | M | T | Buy (add'l) | 01/03/20 | L | | |
| 96. | | | | | Buy (add'l) | 01/10/20 | J | | |
| 97. --FIDELITY INTERNATIONAL CAPITAL APPRECIATION FUND | C | Dividend | N | T | Buy (add'l) | 01/03/20 | L | | |
| 98. | | | | | Buy (add'l) | 01/09/20 | J | | |
| 99. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 100. --FIDELITY MIDCAP ENHANCED INDEX FUND | C | Dividend | L | T | Sold (part) | 12/31/20 | J | A | |
| 101. --FIDELITY FOCUSED STOCK FUND | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. --FIDELITY VALUE STRATEGIES FUND | B | Dividend | M | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 103. --FIDELITY EXPORT AND MULTINATIONAL FUND | B | Dividend | M | T | Buy<br>(add'l) | 01/03/20 | M | | |
| 104. | | | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 107. --BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | | | Sold | 11/27/20 | L | B | |
| 108. --BLACKROCK MULTI-ASSET INCOME PORTFOLIO | A | Dividend | | | Sold | 01/06/20 | K | A | |
| 109. --DFA INTERNATIONAL SMALL-CAP VALUE PORTFOLIO | A | Dividend | K | T | | | | | |
| 110. --FIDELITY NEW MARKETS INCOME FUND | B | Dividend | K | T | | | | | |
| 111. --FIDELITY INVESTMENT GRADE BOND FUND | D | Dividend | L | T | Sold<br>(part) | 12/31/20 | J | A | |
| 112. --FIDELITY GNMA FUND | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | K | | |
| 113. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 114. --FIDELITY MORGAGE SECURITIES BOND FUND | B | Dividend | M | T | Buy<br>(add'l) | 01/06/20 | L | | |
| 115. | | | | | Buy<br>(add'l) | 01/09/20 | K | | |
| 116. | | | | | Buy<br>(add'l) | 12/16/20 | K | | |
| 117. --FIDELITY INTERMEDIATE GOVERNMENT INCOME FUND | B | Dividend | L | T | Buy<br>(add'l) | 01/09/20 | K | | |
| 118. | | | | | Buy<br>(add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 120. --FIDELITY TOTAL BOND FUND | C | Dividend | L | T | Buy<br>(add'l) | 01/03/20 | L | | |
| 121. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 122. --JPMORGAN INCOME BUILDER FUND SELECT CLASS | | | | | Sold | 01/06/20 | L | C | |
| 123. --PIMCO ALL ASSET ALL AUTHORITY FUND INSTITUTIONAL CLASS | B | Dividend | K | T | | | | | |
| 124. --PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND | | | | | Sold | 01/03/20 | K | A | |
| 125. --PGIM ABSOLUTE RETURN BOND Z | A | Dividend | | | Sold | 01/03/20 | K | A | |
| 126. --PGIM JENNISON NATURAL RESOURCES FUND | A | Dividend | J | T | | | | | |
| 127. --PGIM SHORT DURATION HIGH-YIELD INCOME FUND | B | Dividend | K | T | | | | | |
| 128. --HARTFORD SCHRODER INTERNATIONAL MULTI-CAP VALUE FUND | | | | | Sold | 01/06/20 | K | A | |
| 129. --TEMPLETON GLOBAL TOTAL RETURN FUND | B | Dividend | K | T | | | | | |
| 130. --VAN ECK GLOBAL HARD ASSETS FUND | A | Dividend | K | T | | | | | |
| 131. --VAN ECK UNCONSTRAINED EMERGING MARKETS BOND FUND | B | Dividend | K | T | | | | | |
| 132. --VANGUARD MARKET NEUTRAL FUND | A | Dividend | K | T | | | | | |
| 133. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND | | | | | Sold | 01/03/20 | K | A | |
| 134. JPMORGAN CHASE CASH ACCOUNTS | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 135. CITIBANK CASH ACCOUNTS | B | Interest | L | T | | | | | |
| 136. US SAVINGS BONDS | | None | K | T | | | | | |
| 137. 401K#1 (H) | | | | | | | | | |
| 138. --NORTHROP GRUMMAN US FIXED INCOME FUND | | None | J | T | | | | | |
| 139. --NORTHROP GRUMMAN INTERNATIONAL EQUITY FUND | | None | K | T | | | | | |
| 140. --NORTHROP GRUMMAN EMERGING MARKETS EQUITY FUND | | None | J | T | | | | | |
| 141. --NORTHROP GRUMMAN SMALL CAP FUND | | None | J | T | | | | | |
| 142. NATIONAL LIFE INSURANCE WHOLE LIFE POLICIES | A | Dividend | K | T | | | | | |
| 143. 529 COLLEGE SAVINGS ACCOUNT (H) | | | | | | | | | |
| 144. --FIDELITY NH PORTFOLIO 2033 | | None | J | T | Buy (add'l) | 02/04/20 | J | | |
| 145. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 146. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 147. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 148. --FIDELITY NH PORTFOLIO 2036 | | None | J | T | Buy (add'l) | 02/04/20 | J | | |
| 149. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 150. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 151. | | | | | Buy (add'l) | 12/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CAPRONI, VALERIE E.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 21: VIATRUS WAS A SPIN-OFF FROM PFIZER (LINE 17) ON 11/17/20.

PART VII, LINE 81: SWEEP ACCOUNT FOR CASH FROM TRANSACTIONS.

PART VII, LINES 92 AND 93: DURING THE YEAR, THE BROKERAGE FIRM CHANGED THE SWEEP ACCOUNT FROM THE FUND ON LINE 92 TO THE ONE ON LINE 93.

PART VII, LINES 138-141: THIS ACCOUNT HOLDS PROPRIETARY FUNDS ESTABLISHED AND MANAGED BY NORTHROP GRUMMAN CORP. FOR THE BENEFIT OF ITS CURRENT AND FORMER EMPLOYEES' 401(K) PLANS. THE FUNDS ARE NOT PUBLICLY TRADED. PLEASE NOTE THAT FUND MANAGER DOES NOT REPORT DISTRIBUTIONS BUT ONLY THE VALUE OF THE HOLDING AT THE END OF THE REPORTING PERIOD. CHANGES IN VALUE AS A RESULT OF DISTRIBUTIONS ARE NOT SEPARATED FROM CAPITAL APPRECIATION.

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VALERIE E. CAPRONI**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544